UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jeremy K. McDonald,

    Plaintiff,

    v.                                  Case No. 2:14–cv–1610

Commissioner of Social Security,      Judge Michael H. Watson
                                                 Magistrate Judge Deavers
    Defendant.

## ORDER

On December 18, 2015, United States Magistrate Judge Deavers issued a report and recommendation ("R&R") recommending that the Court grant Plaintiff's Motion for Award of Attorney Fees and Costs Pursuant to the Equal Access to Justice Act. R&R, ECF No. 17.

Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 6. Judge Deavers also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 6–7. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**, and the Court **GRANTS** Plaintiff's Motion for Award of Attorney Fees and Costs, ECF No. 16,

and awards Plaintiff attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $6,312.60.

**IT IS SO ORDERED.**

*[Signature]*

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**